COMMONWEALTH *vs.* STANLEY WEBB. December 7, 2007. *Lottery.*

For the reasons stated by the Appeals Court, the defendant's convictions must be reversed and the findings set aside. *Commonwealth* v. *Webb*, 68 Mass. App. Ct. 167 (2007). Judgments shall enter for the defendant.

*So ordered.*

*Steven E. Gagne*, Assistant District Attorney, for the Commonwealth.

*Dana Alan Curhan* (*Brad P. Bennion* with him) for the defendant.